# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| ERIC FAUST, | Civil No. 10-0920 (JRT/JJG) |
| Plaintiff, | |
| v. | |
| RUSTY MYERS FLYING SERVICE, | **ORDER FOR DISMISSAL** |
| Defendant. | |

___

Michael Schwartz, **MICHAEL D SCHWARTZ, PA**, 455 Pond Promenade, Suite 210, Post Office Box 219, Chanhassen, MN 55317, for plaintiff.

Jessica Blanner and John Hughes, **MEAGHER & GEER, PLLP,** 33 South Sixth Street, Suite 4400, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the stipulation of dismissal filed by the parties on August 19, 2010 [Docket No. 10].

**IT IS HEREBY ORDERED** that, pursuant to the stipulation, the above entitled action is hereby **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 28, 2010
at Minneapolis, Minnesota.

                                                        s/ John R. Tunheim
                                                        JOHN R. TUNHEIM
                                                   United States District Judge